RECE[illegible] BY M[illegible] APR 17 [illegible] CLERK, US DI[illegible] ST. PAUL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

---

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

MARILYN PAINE, Individually and as Trustee for the Heirs and Next-of-Kin to JACK STINEBAUGH, Deceased

Plaintiff,

v.

The BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, Individually and as Successor in Interest to NORTHERN PACIFIC RAILWAY,

and

SOO LINE RAILROAD COMPANY, Individually and as Successor in Interest to the CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD,

Defendants.

No. 01-1644 DSD/JMM

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

The above-entitled action, having been compromised and settled between the parties, the same may be, and hereby is dismissed with prejudice, on the merits and without costs or disbursements to any party; and any party hereby may forthwith and without notice apply to the court on this Stipulation alone for an order directing that judgment of dismissal with prejudice be entered accordingly.

SCANNED
APR 19 2006
U.S. DISTRICT COURT MPLS

Dated: 4/3/06

SIEBEN, POLK, LAVERDIERE & DUSICH, P.A.

By_______________
Michael S. Polk, #87397
999 Westview Drive
Hastings, MN 55033
(651) 437-3148

Dated: 3/9/06

SPENCE, RICKE, SWEENEY & GERNES, P.A.

By_______________
Timothy K. Masterson, #203294
*Attorneys for Defendants BNSF Railway Company and Soo Line Railroad Company*
600 Degree of Honor Building
325 Cedar Street
St. Paul, MN 55101
(651) 292-3346

**ORDER**

On reading and filing the above and foregoing Stipulation:

IT IS HEREBY ORDERED and adjudged that the claims of plaintiff against defendants brought under the above-entitled action be and the same are hereby dismissed on the merits and without costs.

LET JUDGMENT BE ENTERED ACCORDINGLY,

DATED: 4/12/2006

BY THE COURT

_______________ J.
James T. Giles
Judge of United States District Court

s:\paine, marilyn\pleadings\stip dis.doc\tw