AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Paine

V.

Burlington No Santa, et al

## JUDGMENT IN A CIVIL CASE

Case Number: 01-cv-1644 JTG

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
and adjudged the claims of plaintiff against defendants brought under the above-entitled action be and the same are hereby dismissed on the merits and without costs.

April 25, 2006
Date

RICHARD D. SLETTEN, CLERK

s/Janet Midtbo
(By) Janet Midtbo, Deputy Clerk